UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL,
    a/k/a "진성일,"
    a/k/a "Jin Song-Il,"
    a/k/a "Pedro Alonso,"
    a/k/a "Richard Stewart,"
    a/k/a "Stewart Conn,"
    a/k/a "Kelsey Bane,"
PEDRO ERNESTO ALONSO DE LOS REYES,
ERICK NTEKEREZE PRINCE,
a/k/a "Eric Prince",
PAK JIN-SONG,
    a/k/a "박진성,"
a/k/a "Glaus Li,"
and
EMANUEL ASHTOR,
    a/k/a "Ndagijimana Emmanuel,"

        Defendants.
_____/

## ORDER UNSEALING INDICTMENT

THIS CAUSE having come on before the Court on the motion of the government to unseal the indictment, and the Court being fully advised in the premises and finding good cause therefore, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Clerk of Court is ordered to unseal the indictment in the above-captioned case.

**DONE AND ORDERED** in chambers at Miami, Florida this 22 day of January 2025.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE