UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL, et al.,

       **Defendants.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through its undersigned Assistant United States Attorney, respectfully submits this Notice of Appearance, requesting that Assistant United States Attorney Sean Paul Cronin be informed of all future filings in the above-captioned case.

          Respectfully submitted,

          HAYDEN P. O'BYRNE
          UNITED STATES ATTORNEY

By:    */s/ Sean Paul Cronin*
       Sean Paul Cronin
       Assistant United States Attorney
       Court No. A5500940
       99 N.E. 4th Street, Suite 400
       Miami, FL 33132
       Tel# (305) 961-9194
       Fax: (305) 530-6168
       sean.p.cronin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Sean Paul Cronin*
Sean Paul Cronin
Assistant United States Attorney
