UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL,
PEDRO ERNESTO ALONSO DE LOS REYES,
ERICK NTEKEREZE PRINCE,
PAK JIN-SONG, and
EMANUEL ASHTOR,

       **Defendants.**
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Annika M. Miranda, hereby appears as counsel for the United States of America regarding any forfeiture matters in the above-styled case.

Respectfully submitted,

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

By:   *s/ Annika M. Miranda*
Annika M. Miranda
Assistant United States Attorney
Florida Bar No. 64975
99 N.E. 4th Street, 7th Floor
Miami FL, 33132
Telephone: (305) 961-9303
E-mail: Annika.Miranda@usdoj.gov
*Counsel for the United States of America*