**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-20021-CR-GAYLES**

**UNITED STATES OF AMERICA**

vs.

**JIN SUNG-IL, et al.**

       **Defendants.**

_____/

## NOTICE OF APPEARANCE

The United States of America, through its undersigned Trial Attorney, respectfully submits this Notice of Appearance, requesting that Trial Attorney Gregory Jon Nicosia, Jr. be informed of all future filings in the above-captioned case.

    Respectfully submitted,

    SUE BAI
    ACTING SUPERVISORY OFFICIAL
    NATIONAL SECURITY DIVISION

By:   */s/ Gregory J. Nicosia, Jr.*
    GREGORY JON NICOSIA, JR.
    Court No. A5503319
    Trial Attorney
    National Security Division
    950 Pennsylvania Avenue, NW
    Washington, DC 20530
    (202) 353-4273
    Gregory.Nicosia@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Gregory J. Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
Court No. A5503319
Trial Attorney