UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL,
    a/k/a "진성일,"
    a/k/a "Jin Song-Il,"
    a/k/a "Pedro Alonso,"
    a/k/a "Richard Stewart,"
    a/k/a "Stewart Conn,"
    a/k/a "Kelsey Bane,"
PEDRO ERNESTO ALONSO DE LOS REYES,
ERICK NTEKEREZE PRINCE,
    a/k/a "Eric Prince",
PAK JIN-SONG,
    a/k/a "박진성,"
    a/k/a "Glaus Li,"
and
EMANUEL ASHTOR,
    a/k/a "Ndagijimana Emmanuel,"

    Defendants.
_____/

**GOVERNMENT'S MOTION TO SET PRETRIAL CONFERENCE
PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through its undersigned counsel, respectfully moves this Court to schedule a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III. The United States further requests that the pretrial conference be held telephonically.

    **I.**    **CASE BACKGROUND**

On January 21, 2025, the United States charged by indictment defendants JIN SUNG-IL, PEDRO ERNESTO ALONSO DE LOS REYES, ERICK NTEKEREZE PRINCE, PAK JIN-SONG, and EMANUEL ASHTOR (collectively, the "defendants") with conspiracy to

1

cause damage to protected computers, conspiracy to commit wire and mail fraud, conspiracy to commit money laundering, and conspiracy to transfer false identification documents. [DE 3]. The indictment further charged Jin and Pak with conspiracy to violate the International Emergency Economic Powers Act. [*Id.*]. The charges relate to defendants' participation in a scheme from approximately April 2018 through August 2024 to obtain remote information technology ("IT") work with at least sixty-four U.S. companies by, among other means, using fake and stolen identities to deceive the employers into thinking they were hiring a U.S. citizen located in the United States, when instead they were hiring North Korean IT workers, in order to enrich themselves and generate revenue for North Korea. [*Id.*].

On March 7, 2025, the United States filed a Motion to Designate a Classified Information Security Officer and for a Pretrial Conference pursuant to the Classified Information Procedures Act. [DE 35]. The United States' motion stated in relevant part that issues relating to the discovery of classified information may arise during this case, and respectfully requested the Court convene a pretrial conference at a later date. [*Id*. at 2-3]. The United States did not ask the Court to set a pretrial conference at that time because any meaningful discussion of the applicability of CIPA remained premature. [*Id*. at 3].

From in or around February 2025 to in or around November 2025, the United States and defendants Prince and Ashtor engaged in good faith negotiations to resolve this matter pretrial.[1] This included discovery productions by the United States on February 24, 2025, May 13, 2025, and September 2, 5, 8, and 15, 2025. On November 6, defendant Prince entered a voluntary plea of guilty to Count Two of the Indictment (Conspiracy to Commit Wire Fraud) pursuant to a Plea

---

[1] As of the filing of this motion, the United States has not arrested co-defendants Jin Sung-Il and Pak Jin-Song.  Co-defendant Pedro Ernesto Alonso De Los Reyes was arrested in the Netherlands, and the United States is in the process of seeking his extradition.

Agreement with the United States. [DE 57]. Later the same day, defendant Ashtor, through counsel, rejected a plea offer that was extended by the United States on October 23, 2025, and advised that he intended to take the matter to trial. Also the same day, the United States and defendant Ashtor filed a Joint Motion for Continuance of Trial, which was granted the next day. [DE 59 and 61]. Trial is currently set for February 23, 2026. [DE 61].

## II. REQUEST FOR PRETRIAL CONFERENCE

Because the case against defendant Ashtor now appears postured for trial, the United States requests the Court convene a pretrial conference, pursuant to Section 2 of CIPA, to establish a briefing schedule for the filing of an *ex parte* motion for *in camera* resolution concerning classified information pursuant to Section 4 of CIPA. At the pretrial conference, the United States will provide an estimate of the time necessary to draft its motion pursuant to Section 4 of CIPA and obtain any required affidavits or other information in support of such motion. Based on that estimate, the United States will request a schedule for the filing of the motion.

The parties request the Court schedule the pretrial conference between December 10, 2025 and December 23, 2025. Counsel for defendant Ashtor has advised the United States that he is traveling out of state from December 3, 2025 to December 9, 2025.

## III. COMPLIANCE WITH LOCAL RULE 88.9

In accordance with Local Rule 88.9, the United States informed counsel for defendant Ashtor of its intention to file this motion. Counsel defendant Ashtor has no objection to the instant motion. Moreover, the instant motion does not raise a disputed issue; it merely requests the Court schedule a pretrial conference, based on a previously filed motion, to which counsel for the defendants took no position. [*See* DE 35 at 14].

### IV. CONCLUSION

The United States respectfully moves for a pretrial conference pursuant to Section 2 of CIPA to establish a briefing schedule relating to any classified information. Specifically, at the pretrial conference, the United States will request a schedule for the filing of an *ex parte* motion, pursuant to Section 4 of CIPA, for *in camera* resolution concerning classified information. The United States further requests that the pretrial conference be held telephonically between December 10, 2025 and December 23, 2025.

Respectfully submitted,

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: November 20, 2025    By:    */s/ Gregory J. Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
Court No. A5503319
Trial Attorney
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-4273
Gregory.Nicosia@usdoj.gov

SEAN PAUL CRONIN
Court No. A5500940
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street, Suite 400
Miami, FL 33132
Tel# (305) 961-9194
Fax:(305) 530-6168
sean.p.cronin@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that the above document was filed through the ECF system on November 20, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Gregory J. Nicosia, Jr.*
                                            Gregory Jon Nicosia, Jr.
                                            Trial Attorney
                                            Court No. A5503319