UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-20021-CR-GAYLES

**UNITED STATES OF AMERICA**

vs.

**JIN SUNG-IL,**
  a/k/a "진성일,"
  a/k/a "Jin Song-Il,"
  a/k/a "Pedro Alonso,"
  a/k/a "Richard Stewart,"
  a/k/a "Stewart Conn,"
  a/k/a "Kelsey Bane,"
**PEDRO ERNESTO ALONSO DE LOS REYES,**
**ERICK NTEKEREZE PRINCE,**
  a/k/a "Eric Prince",
**PAK JIN-SONG,**
  a/k/a "박진성,"
  a/k/a "Glaus Li,"
**and**
**EMANUEL ASHTOR,**
  a/k/a "Ndagijimana Emmanuel,"

        Defendants.
_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION TO SET A CLASSIFIED INFORMATION PROCEDURES ACT BRIEFING SCHEDULE

**THIS CAUSE** comes before the Court upon the United States' Motion to Set Pretrial Conference pursuant to the Classified Information Procedures Act ("CIPA") [DE 65] and following a telephonic status conference held on December 18, 2025, in which the United States requested an additional 90 days from the date of the currently scheduled trial to file its CIPA 4 motion. Based upon the United States' motion and representations of the parties during the status conference, it is hereby:

**ORDERED AND ADJUDGED** that the United States shall file any motions pursuant to CIPA Sections 3 (relating to Protective Orders) and 4 (relating the Discovery of Classified Information by Defendants) by **Tuesday, May 26, 2026**.

**IT IS FURTHER ORDERED AND ADJUDGED** that trial in this matter be continued until after May 26, 2026. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, November 11, 2025, to and including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **June 15, 2026.** A calendar call will be held on **Wednesday June 10, 2026, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th of December 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

Cc: Counsel of record
U.S. Probation and Pretrial Services